## Sam Sobol v. Planning and Zoning Commission of the Town of Wethersfield et al.

King, C. J., Alcorn, House, Thim and Ryan, Js.

Argued November 12—decided November 13, 1969

*Richard P. Kuzmak,* for the appellants (defendant Candido D'Occhio et al.).

*Edward H. Kenyon,* for the appellee (plaintiff).

Per Curiam. The trial court substituted its judgment for that of the defendant commission. It had no authority to do so. *Belknap* v. *Zoning Board of Appeals,* 155 Conn. 380, 384, 232 A.2d 922, and cases cited; see *Hawkes* v. *Town Plan & Zoning Commission,* 156 Conn. 207, 240 A.2d 914.

There is error, the judgment is set aside and the case is remanded with direction to dismiss the appeal.